AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | | |
|---|---|---|
| United States of America<br>v.<br>Robert LEDBETTER<br><br>*Defendant* | ) ) ) ) ) | Case No. **2:11 mj 418** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of __05/23/2011__ in the county of __Columbus__ in the __Southern__ District of __Ohio__, the defendant violated __21__ U. S. C. § __841(a)(1)/846__, an offense described as follows:

Robert LEDBETTER did conspire to possess with the intent to distribute a controlled substance; TO WIT: 961 kilograms of marijuana.

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Keith Leighton
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __5/24/2011__

_____
*Judge's signature*

City and state: Columbus, Ohio

Terence P. Kemp, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF APPLICATION

I, Keith P. Leighton, being first duly sworn, depose and state the following:

## INTRODUCTION

1. Your Affiant is a sworn Special Agent with the United States Drug Enforcement Administration (DEA), Columbus, Ohio District Office. Your Affiant is an investigative or law enforcement officer of the United States within the meaning of Section 2510 (7) of Title 18, United States Code, in that your Affiant is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code.

2. Your Affiant has been a Special Agent with DEA since November of 1991. Your Affiant has been assigned to the Columbus Field Office since February of 2011, where your Affiant has been involved with narcotics investigations. Prior to Columbus Field Office, your Affiant was assigned to the DEA Cincinnati, Ohio Resident Office for approximately 2 years, prior to that assigned to the DEA Providence, Rhode Island Resident Office for approximately 7 years, prior to that assigned to the DEA Brussels, Belgium Country Office for 3 years and prior to that assigned to the DEA Miami Field Division for approximately 7 years. Prior to these field assignments your Affiant attended DEA Basic Agent Training at the FBI Academy in Quantico, Virginia. Your Affiant also has a college degree, as well as a Masters Degree. Your affiant has attended

numerous narcotics investigative training courses, which were instructed by DEA and other law enforcement agencies and departments.

3. Your Affiant has participated in and conducted numerous investigations of violations of various State and Federal criminal laws, including the unlawful possession with intent to distribute controlled substances, the distribution of controlled substances and conspiracy to possess with the intent to distribute and distribute controlled substances, in violation of Title 21, United States Code. These investigations have resulted in arrests of individuals who have possessed with the intent to distribute and distributed marijuana, cocaine, cocaine base, heroin, and MDMA as well as other controlled substances. These various investigations have also resulted in seizures of illegal drugs and proceeds from the distribution of those illegal drugs. The information set forth in this affidavit comes from my personal involvement in this investigation, as well as information provided to me by other law enforcement officers.

4. This affidavit is being submitted in support of an application for a criminal complaint against **Robert Ledbetter, Jeremy Wheat and Loyd Henry Vale.** Your Affiant has probable cause to believe that on May 23, 2011, in the Southern District of Ohio, **Robert Ledbetter, Jeremy Wheat and Loyd Henry Vale,** conspired to distribute marijuana, a Schedule I controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 846. Your Affiant has set forth only those facts that your Affiant believes are necessary to establish probable cause to arrest **Robert Ledbetter, Jeremy Wheat and Loyd Henry Vale.**

## BACKGROUND OF INVESTIGATION

On May 18, 2011 the DEA Columbus, Ohio District Office was contacted by the DEA McAllen, Texas District Office and informed that an organization in Mexico, headed by a FUN LNU, a/k/a "PELON," had given a DEA McAllen, Texas District Office Undercover Agent (UC) 961 Kilograms of Marijuana for delivery to the Columbus, Ohio area. The 961 Kilograms of Marijuana were actually given to the UC by an Orlando ORTIZ and a Jose CRUZ, both members of PELON's Drug Trafficking Organization (DTO), in McAllen, Texas.

On May 22, 2011 the DEA Air Wing flew from Ft. Worth, Texas (the field office for the DEA Airwing is located in Ft. Worth, Texas) to McAllen, Texas to take possession of the 961 Kilograms of Marijuana from the DEA McAllen, Texas District Office. The DEA Air Wing then transported the 961 Kilograms of Marijuana to the Ohio State University Airport in Columbus, Ohio on May 22, 2011 where it was met by members of the DEA Columbus, Ohio District Office. The 961 Kilograms of Marijuana was then off-loaded and then loaded into a rental van and secured for the day. This van had been previously equipped with a kill switch device and a GPS Monitoring System. Additionally, the UC and DEA McAllen, Texas District Office Case Agent accompanied the 961 Kilograms of Marijuana from McAllen, Texas to Columbus, Ohio.

During the evening of May 22, 2011 the UC was telephonically contacted by a DEA McAllen, Texas District Office Confidential Source (CS) who gave the UC a telephone number that the UC was supposed to call the next day, May 23, 2011, relative to the

delivery of the 961 Kilograms of Marijuana in Columbus, Ohio. This CS had obtained this telephone number from the PELON Organization in McAllen, Texas. This telephone number was (314) 564-3171 and, according to the CS, the user was individual known only as James. Subsequently, a State of Ohio Precision Locator Order (also known as a PING Order) was requested and obtained for this number in an attempt to determine the location of the number. Subsequently, this number was found to be operating in the Phoenix, Arizona area.

On May 23, 2011, the UC and the user of telephone number (314) 564-3171, hereafter referred to as an Unidentified Male (UM), spoke numerous times throughout the day relative to the delivery of the 961 Kilograms of Marijuana. All of these telephone conversations were recorded and preserved for evidentiary value. After a series of telephone calls, the UC and UM agreed to meet in the Grove City, Ohio area (the actual location was going to be the parking lot of a Meijer Grocery Store in Grove City, Ohio but the UM was not informed of this during these telephone calls). The UC and UM had previously agreed to have the UC give the UM the keys to the rental van containing the 961 Kilograms of Marijuana. At that point, the UM would drive the rental van to another location, unload the 961 Kilograms of Marijuana and then return the rental van to the UC.

On May 23, 2011, at approximately 1:30 p.m., surveillance was initiated at the aforementioned Meijer Grocery Store by members of the DEA Columbus, Ohio District Office, specifically on the UC who was waiting in the rental van containing the 961

Kilograms of Marijuana. Between the times of approximately 2:00 p.m. and 2:30 pm, several phone calls were made between the UC and UM. These phone calls were relative to the exact location of the meeting with the UC (up to that point the UM had only been told to drive to the Grove City, Ohio area), the exact location of the rental van containing the 961 Kilograms of Marijuana in the Meijer Parking Lot and the physical description of the UC. At approximately 2:29 p.m. three black males, later identified as **Robert Ledbetter, Jeremy Wheat and Loyd Henry Vale,** arrived together in a Green Chevrolet Pick-Up Truck and met with the UC. At approximately 2:33 p.m. the UC was observed meeting with and negotiating with one of the three black males, later identified as **Robert Ledbetter**. A few seconds later the UC was observed walking away from the rental van and into the Meijer Grocery Store while **Robert Ledbetter** departed in the rental van containing the 961 Kilograms of Marijuana and **Jeremy Wheat and Loyd Henry Vale** departed in the Green Chevrolet Pick-Up Truck. The rental van containing the 961 kilograms of Marijuana and the Green Chevrolet Pick-Up Truck were then observed driving in tandem from the Grove City area to the intersection of Broad Street and Stelzer Avenue in Columbus, near the airport. At this intersection, both the rental van containing the 961 kilograms of Marijuana and the Green Chevrolet Pick-Up Truck were observed driving in an erratic manner in an attempt to avoid law enforcement detection. Shortly after the erratic driving was observed, surveillance observed the rental van containing the 961 Kilograms of Marijuana stop and the driver, **Robert Ledbetter,** exit the van and walk away from the rental van. Moments later, **Robert Ledbetter** was observed running and, simultaneously, the Green Chevrolet Pick-Up Truck was observed driving away from the area at an extremely high rate of speed.

**Robert Ledbetter** was eventually stopped, apprehended and arrested by members of the DEA Columbus, Ohio District Office. The Green Chevrolet Pick-Up Truck was also stopped by members of the DEA Columbus, Ohio District Office at this time. **Loyd Henry Vale,** the driver of the Green Chevrolet Pick-Up Truck, and **Jeremy Wheat** were then arrested by members of the DEA Columbus, Ohio District Office.

## DETENTION INFORMATION

All three individuals, **Robert Ledbetter, Jeremy Wheat and Loyd Henry Vale,** are flight risks due to the amount of Marijuana involved, 961 Kilograms. Also, **Robert Ledbetter, Jeremy Wheat and Loyd Henry Vale** all have criminal records to include the following:

**Robert Ledbetter** has been arrested six times between 1997 and 2011. Also, **Robert Ledbetter** is a wanted person. **Robert Ledbetter** has an active Arrest Warrant (Case No. CRA 1100279) issued out of Fairfield County, Lancaster, Ohio for Abduction, Kidnapping and Aggravated Murder. It should be mentioned that **Robert Ledbetter** was also in possession of a large knife when he was arrested. It should also be mentioned that **Robert Ledbetter** refused to give the arresting officers his name and any other pieces of identification after being transported to the DEA Columbus, Ohio District Office for booking and processing. Only after **Robert Ledbetter's** fingerprints were e-mailed to the FBI was the existence of the aforementioned Arrest Warrant known. **Jeremy Wheat** has been arrested four times between the time period of 2006 and 2011. **Loyd Henry Vale** has been arrested two times between the time period of

2000 and 2004, including arrests for carrying a concealed weapon, felony possession of drugs and possession of drug paraphernalia.

## CONCLUSION

Based on the information contained in this affidavit, your Affiant has probable cause to believe that on May 23, 2011, in the Southern District of Ohio, **Robert Ledbetter, Jeremy Wheat and Loyd Henry Vale** did conspire to distribute in excess of 100 Kilograms of Marijuana, a Schedule 1 Controlled Substance, in violation of title 21 U.S.C 846 and 841(a)(1).

Further you Affiant sayeth not.

Keith P. Leighton
Special Agent
Drug Enforcement Administration

Sworn to and subscribed to before me
This 23rd day of May, 2011

Terence P. Kemp
United States Magistrate Judge
Southern District of Ohio