IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION



FILED
TIME:
MAY 27 2011
JAMES BONINI, Clerk
COLUMBUS, OHIO

UNITED STATES OF AMERICA,

vs.

Robert Ledbetter,

CASE NUMBER: 2:11-mj-418

Magistrate Judge Kemp

NOTICE of
WAIVER OF DETENTION HEARING

I, ROBERT LEDBETTER, charged in a criminal complaint pending in this district with conspiracy to possess with intent to distribute marijuana in violation of Title 21 U.S.C. §846 hereby agree to remain in custody pending resolution of the charges. I reserve the right to request a detention hearing at a later date.

_____
Defendant

_____
Counsel for the defendant

5/27/11
Date