IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA

    vs.     :    NO. 2:11-CR-204
                    JUDGE FROST

ROBERT B. LEDBETTER

GOVERNMENT'S PLEA AGREEMENT SUBMISSION
OF ELEMENTS AND PENALTIES FOR

1. ELEMENTS: 21 U.S.C. §§841(a)(1) AND (b)(1)(B)(vii)

    First: That the defendant possessed with the intent to distribute more than 100 grams of marijuana, a Schedule I controlled substance;

    Second: That the defendant did so knowingly and intentionally;

    Third: That the acts occurred on or about the date shown in the Indictment in the Southern District of Ohio.

2. PENALTIES:

A. Mandatory Minimum: 5 yrs

B. Possible Maximum: 40 yrs in prison, $2,000,000 fine, 5 yrs of supervised release, and $100 special assessment.

                    CARTER M. STEWART
                    United States Attorney

                    s/Timothy D. Prichard
                    TIMOTHY D. PRICHARD(0059455)
                    Assistant United States Attorney