CRIMINAL MINUTES
2/15/12 SENTENCING HEARING
CR2-11-204, USA V. ROBERT LEDBETTER

AUSA: TIM PRICHARD
DEFENSE COUNSEL: JEFF BERNDT
COURT REPORTER: DENISE ERRETT
COURTROOM DEPUTY: SCOTT MILLER

Defendant sentenced to 78 months imprisonment.
Upon release from imprisonment, the defendant shall be placed on Supervised Release for 5 years.
No fine imposed.
$100 Special Assessment is applied.
Defendant remanded to the custody of USMS.